

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2025

No. 04-25-00047-CR

**IN RE** Mark Anthony **SANTOS**, Relator

Original Proceeding[1]

**ORDER**

Sitting:      Lori Massey Brissette, Justice
                Adrian A. Spears II, Justice
                Velia J. Meza, Justice

In accordance with this court's opinion on this date, the petition for writ of mandamus is **DENIED**.

It is so **ORDERED** on February 26, 2025.

_____
Velia J. Meza, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of February, 2025.

_____
Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause No. 2024CR010402, styled *State v. Mark Anthony Santos*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Kristina Escalona presiding.